| | | | |
|---|---|---|---|
| Com. v. Williams ... | 03/29/2016 616 EAL (2015) | Denied | Pa.Super., 134 A.3d 95 |
| Com. v. Williams ... | 04/04/2016 8 WAL (2016) | Denied | Pa.Super., 135 A.3d 663 |
| Davis, In re Estate of; Treadway, In re [33] ............. | 04/12/2016 991 MAL (2015) | Denied | Pa.Super., 133 A.3d 68 |
| Dowling v. Pennsylvania Psychiatric Institute ......... | 04/05/2016 706 MAL (2015) | Denied | Pa.Super., 122 A.3d 1126 |
| Ecker v. National R.R. Passenger Corp.; Controlled F.O.R.C.E., Inc., In re [34] ........... | 04/12/2016 626 EAL (2015) | Denied | Pa.Super., 134 A.3d 90 |
| Egan v. Egan ...... | 04/12/2016 812, 813 MAL (2015) | Denied | Pa.Super., 125 A.3d 792 |
| Ely v. Susquehana Aquacultures, Inc. | 03/29/2016 977, 978 MAL (2015) | Denied | Pa.Super., 130 A.3d 6 |
| Gordy v. Vega [35] .... | 02/22/2016 632 EAL (2015) | Denied | Pa.Super., 122 A.3d 1130 |
| Gudalefsky v. Hatch | 04/06/2016 958 MAL (2015) | Denied | Pa.Super., 134 A.3d 496 |
| Harding v. Cutler Group, Inc. [36] .... | 04/06/2016 939 MAL (2015) | Denied | Pa.Super., 134 A.3d 485 |

**33.** Justice DONOHUE did not participate in the consideration or decision of this matter.

**34.** Justice DONOHUE and Justice WECHT did not participate in the consideration or decision of this matter.

**35.** Justice EAKIN did not participate in the decision of this matter. Reconsideration Denied April 22, 2016.

**36.** Justice DONOHUE and Justice WECHT did not participate in the consideration or decision of this matter.